UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Guangzhou Shijun Technology Ltd, et al.

    Plaintiff,

    v.

Dbest Products Inc.,

    Defendant.

CASE NO. 2:25-CV-0288

**COMPLAINT FOR DECLARATORY JUDGEMENT**

**NOW COME** Guangzhou Shijun Technology Ltd d/b/a SHELLAJUN, Guangzhou Yitaokeji youxiangongsi d/b/a SIRIRIC, Guangzhou Taijing Technology Co. Ltd d/b/a TAIJING, Guangzhou Nanzhoukeji Youxiangongsi d/b/a wookon, Guangzhou Yichenkeji Ltd. d/b/a gerritfany, and Guangzhou Beidouhuliankeji Company Limited d/b/a Karramlili ("Plaintiffs"), by and through their undersigned counsel, and for their complaint against defendant Dbest Products Inc ("Defendant") allege as follows:

**Introduction**

1. This action is filed by Plaintiff to, *inter alia*, obtain determinations that the '576 Patent is invalid and unenforceable. A true and correct copy of the '576 Patent is attached as **Exhibit 1**.

**Parties**

2. Plaintiff Guangzhou Shijun Technology Ltd is a Chinese limited company doing business on the Amazon.com marketplace under the name SHELLAJUN (Seller ID A7TQ2-TYU2XW4M).

COMPLAINT
25-cv-0288

MANN LAW GROUP PLLC
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA 98110
Phone: 206-436-0900

3. Plaintiff Guangzhou Yitaokeji youxiangongsi is a Chinese limited company doing business on the Amazon.com marketplace under the name SIRIRIC (Seller ID A2U11ZP56JJYKC).

4. Plaintiff Guangzhou Taijing Technology Co. Ltd is a Chinese limited company doing business on the Amazon.com marketplace under the name TAIJING (A2EENQE7XOSGMQ).

5. Plaintiff Guangzhou Nanzhoukeji Youxiangongsi is a Chinese limited company doing business on the Amazon.com marketplace under the name wookon (Seller ID A18ROTPX3WNL5F).

6. Plaintiff Guangzhou Yichenkeji Ltd. is a Chinese limited company doing business on the Amazon.com marketplace under the name gerritfany (Seller ID A2DCBNZH86U741).

7. Plaintiff Guangzhou Beidouhuliankeji Company Limited is a Chinese limited company doing business on the Amazon.com marketplace under the name Karramlili (A1S2A1S8K3PB3H).

8. Defendant is, on information and belief, a California corporation and owner of the '576 Patent.

**Jurisdiction and Venue**

9. This Court has original subject matter jurisdiction over the claims in this action pursuant to 35 U.S.C. § 100, et seq. and 28 U.S.C. §§ 1331, 1338(a), and 2201-2202.

10. This Court has jurisdiction over the claims herein arising under the laws of the State of Washington pursuant to 28 U.S.C. § 1367(a), because the state law claims are so related to the federal claims that they form part of the same case or controversy and derive from a common nucleus of operative facts.

11. Venue is proper in this Court pursuant to 28 U.S.C. § 1391, and this Court may properly exercise personal jurisdiction over Defendant because Defendant, through its wrongful enforcement of the '576 Patent against Plaintiff on the Amazon.com platform that is based in this fo-

COMPLAINT
25-cv-0288

MANN LAW GROUP PLLC
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA 98110
Phone: 206-436-0900

rum, has caused Plaintiff's sales of certain ceiling fan products into Washington and elsewhere to cease.  Prior to Defendant's wrongful enforcement of the '576 Patent against the Products, Plaintiff enjoyed sales of the products on the Amazon.com platform, however once Defendant wrongfully enforced its '576 Patent against the products through Amazon.com's infringement reporting function, Plaintiff's sales of the products into Washington and elsewhere to cease.  Defendant has committed and is committing tortious acts in Washington and this Judicial District, and caused Plaintiff injury in Washington, including through the wrongful prevention of Plaintiff's sales and shipments of its products into Washington and this Judicial District.

**12.** Based on Defendant's actions there exists an actual substantial controversy between the parties with adverse legal interests such immediacy and existence so to warrant a declaratory judgment.

### Plaintiffs' Businesses

**13.** Plaintiff Guangzhou Shijun Technology Ltd is the registrant and operator of the SHELLAJUN Amazon.com storefront through which each sells a variety of products, including storage cabinets.  Seven such products Plaintiff Guangzhou Shijun Technology Ltd sold were designated with Amazon Standard Identification Numbers (ASINs) B0CHJBVYNY, B0CHJBMKHD, B0CHJCNGDT, B0DCB9RXMZ, B0CHJ8XV4V (the "SHELLAJUN Products").

**14.** Plaintiff Guangzhou Yitaokeji youxiangongsi is the registrant and operator of the SIRIRIC Amazon.com storefront through which it sells a variety of products, including storage cabinets.  Eighteen such products Plaintiff Guangzhou Yitaokeji youxiangongsi sold were designated with ASINs B0C4XB4QCC, B0C4X8FGWH, B0CD29FVKH, B0BPLSSL75, B0B-

COMPLAINT
25-cv-0288

MANN LAW GROUP PLLC
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA  98110
Phone:  206-436-0900

PLSVFPQ, B0BSH13PZY, B0BPHDVB9V, B0C4X9TG3J, B0C4XCR79T, B0CD288CTF, B0BPLNM2S5, B0BPLS8LF2, B0C7BNLHTV, B0CD7LPTNX, B0C7BNJVCN, B0DP26882F, B0DP267B9Q, B0DP24NKBF (the "SIRIRIC Products").

15. Plaintiff Guangzhou Taijing Technology Co. Ltd is the registrant and operator of the TAIJING Amazon.com storefront through which it sells a variety of products, including storage cabinets. Three such products Plaintiff Guangzhou Taijing Technology Co. Ltd sold were designated with ASINs B0DP279TKV, B0DKX7YH5F, B0D7DJZVVM (the "TAIJING Products").

16. Plaintiff Guangzhou Nanzhoukeji Youxiangongsi is the registrant and operator of the wookon Amazon.com storefront through which it sells a variety of products, including storage cabinets. Sixteen such products Plaintiff Guangzhou Nanzhoukeji Youxiangongsi sold were designated with ASINs B0DP415S72, B0BC93Q8KZ, B0BC92SW9N, B0BPLQM66N, B0DP42JKND, B0DP45N81W, B0BC93CM2F, B0BPLRP92H, B0D5Y2VDHG, B0D9QYN6XM, B0DP25R65C, B0DP25CR42, B0DP488HV8, B0BZ81MFDN, B0BZ85D31X, B0BQ7HKXP1 (the "wookon Products").

17. Plaintiff Guangzhou Yichenkeji Ltd. is the registrant and operator of the gerritfany Amazon.com storefront through which is sells a variety of products, including storage cabinets. Nine such products Plaintiff Guangzhou Yichenkeji Ltd. sold were designated with ASINs B0B87D6NR9, B0B87FNCX1, B0BLSMN7SY, B0BLSM9ZL2, B0B81X9DCX, B0B81ZYVVK, B0B87DLGZ6, B0B87FM5MB, B0BLSMRDQK (the "gerritfany Products").

18. Plaintiff Guangzhou Beidouhuliankeji Company Limited is the registrant and operator of the Karramlili Amazon.com storefront through which is sells a variety of products, including

COMPLAINT
25-cv-0288

MANN LAW GROUP PLLC
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA 98110
Phone: 206-436-0900

storage cabinets. Thirteen such products Plaintiff Guangzhou Beidouhuliankeji Company Limited sold were designated with ASINs B0D5XST3KX, B0D9QKBM2Q, B0DB-VK1NW4, B0CHJ6M9SZ, B0CHJ8ZRYN, B0DP4J2MKT, B0DP4MJGB7, B0DP25ZW5P, B0DP27V6Z9, B0DP25F43N, B0DP2618B5, B0DNWVCDB9, B0DNWTZ5Y5 (the "Karramlili Products")

**Defendant's Wrongful Acts**

**19.** Plaintiff Guangzhou Shijun Technology Ltd received notifications from Amazon that infringement complaints had been issued against the SHELLAJUN Products. True and correct copies of the Complaint IDs 16602835481 and 16861269581 (the "SHELLAJUN Complaints") are attached hereto as **Exhibit 2.**

**20.** Plaintiff Guangzhou Yitaokeji youxiangongsi received notifications from Amazon that infringement complaints had been issued against the SIRIRIC Products. True and correct copies of the Complaint IDs 16723821551, 16807170381, 16861269581, and 16867632251 (the "SIRIRIC Complaints") are attached hereto as **Exhibit 3.**

**21.** Amazon delisted the TAIJING Prioducts from TAIJING storefront, on information and belief as a result of patent infringement claims concerning the '576 Patent and issued by Defendant.

**22.** Plaintiff Guangzhou Nanzhoukeji Youxiangongsi received notifications from Amazon that an infringement complaint had been issued against the wookon Products. A true and correct copy of Complaint ID 16807170381 (the "wookon Complaint") is attached hereto as **Exhibit 4.**

**23.** Plaintiff Guangzhou Yichenkeji Ltd. received notifications from Amazon that infringement complaints had been issued against the gerritfany Products. True and correct copies of the

COMPLAINT
25-cv-0288

MANN LAW GROUP PLLC
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA 98110
Phone: 206-436-0900

Complaint IDs 16692061841 and 16696504481 (the "gerritfany Complaints") are attached hereto as **Exhibit 5.**

24. Plaintiff Guangzhou Beidouhuliankeji Company Limited received notifications from Amazon that infringement complaints had been issued against the Karramlili Products. True and correct copies of the Complaint IDs 16723485171, 16785671891, and 16807170381 (the "Karramlili Complaints") are attached hereto as **Exhibit 6.**

25. On information and belief and as identified in the Complaint, Defendant, who has represented to Amazon.com that it owns the rights in the '576 Patent, caused the Complaints to be submitted to Amazon.com and used to prevent Plaintiffs from selling their respective products.

26. Plaintiff Guangzhou Shijun Technology Ltd has been prevented from selling the SHELLAJUN Products on the Amazon.com platform, including into Washington.

27. Plaintiff Guangzhou Yitaokeji youxiangongsi has been prevented from selling the SIRIRIC Products on the Amazon.com platform, including into Washington.

28. Plaintiff Guangzhou Taijing Technology Co. Ltd has been prevented from selling the TAIJING Products on the Amazon.com platform, including into Washington.

29. Plaintiff Guangzhou Nanzhoukeji Youxiangongsi has been prevented from selling the wookon Products on the Amazon.com platform, including into Washington.

30. Plaintiff Guangzhou Yichenkeji Ltd. has been prevented from selling the gerritfany Products on the Amazon.com platform, including into Washington.

31. Plaintiff Guangzhou Beidouhuliankeji Company Limited has been prevented from selling the Karramlili Products on the Amazon.com platform, including into Washington.

COMPLAINT
25-cv-0288

MANN LAW GROUP PLLC
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA 98110
Phone: 206-436-0900

32. Defendant's wrongful enforcement of the '576 Patent has and continues to cause harm to Plaintiffs by interfering with their ability to sell their respective Products.

33. Defendant's conduct and accusations of infringement raise an actual case or controversy between the parties.

### Count I - Declaratory Judgment of Invalidity

34. Plaintiffs repeats, re-alleges, and incorporates by reference the allegations set forth in Paragraphs 1 through 33.

35. The '576 Patent includes claims for "STACKABLE COLLAPSIBLE CARTS" as shown and described in the '576 Patent.  A true and correct copy of the '576 Patent is attached hereto as **Exhibit 1**

36. On information and belief, carts which are stackable and collapsable and exhibiting the same features as those disclosed and claimed by the '576 Patent were on sale, sold, or described in one or more printed publications prior to the priority date of the '576 patent rendering the '576 patent invalid under one or more of 35 U.S.C. §§ 102, 103.

37. The '576 Patent is invalid under 35 U.S.C. § 112 at least for failing to distinctly set forth the subject matter of the invention.

### Count II - Unfair Business Practices, WASH. REV. CODE § 19.86.020

38. Plaintiff repeats, re-alleges, and incorporates by reference the allegations set forth in Paragraphs 1 through 37.

39. Defendant has engaged in acts which violate Washington law including, without limitation through, in the course of business, disparaging the goods, services, or business of another by making a false or misleading representation of fact.

COMPLAINT
25-cv-0288

MANN LAW GROUP PLLC
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA  98110
Phone:  206-436-0900

40. Defendant made a false and/or misleading statement of fact to Amazon.com when it represented to Amazon.com that the Plaintiffs' respective Products infringed the '576 Patent.

41. Each Plaintiff has been damaged by Defendant's representations at least insofar as each Plaintiff has been prevented from selling its respective Products on Amazon.com and has lost income.

42. On information and belief, each time a company submits an infringement complaint to Amazon, like Defendant did, Amazon maintains a record of that complaint.

43. On information and belief, Amazon does not rank the complaints or reconsider the merits of the complaints in the event that they are determined, such as by a court, to be unfounded.

44. On information and belief, if a seller like each Plaintiff receives too many complaints, Amazon will permanently revoke its ability to sell on Amazon and may liquidate the seller's remaining funds.

45. On information and belief, if a seller's ability to sell on Amazon is revoked, it loses all of its reviews and Amazon site rankings.

46. Thus, even if a seller like each Plaintiff relaunches a product that had been complained of, but for example, a court had determined that the complaint was unfounded, the seller will have to rebuild its ranking which is extremely difficult to do.

47. Due to Defendant's wrongful Complaint, each Plaintiffs' Amazon seller profile has been permanently damaged, and each Plaintiff's Amazon.com seller account is at further risk of being revoked.

48. Defendant's submission of its wrongful Complaint to Amazon.com to effect the removal of the Products offends public policy and is unethical, oppressive, and unscrupulous.

49. Each Plaintiff is entitled to injunctive relief, damages, costs, and attorney's fees.

COMPLAINT
25-cv-0288

MANN LAW GROUP PLLC
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA 98110
Phone: 206-436-0900

**Count III - Tortious Interference with Prospective Economic Advantage**

**50.** Each Plaintiff repeats, re-alleges, and incorporates by reference the allegations set forth in Paragraphs 1 through 49.

**51.** Each Plaintiff had a business relationship with Amazon.com wherein Plaintiff was permitted to sell their respective Products on the Amazon.com platform.  Between 202 and 2024, Plaintiffs sold Products through the United States and into Washington.

**52.** Each Plaintiff reasonably expected that it would continue to sell the Products on the Amazon.com platform.

**53.** Defendant was aware of the business relationship each Plaintiff had with Amazon.com, and knew that each Plaintiff, expected to continue to sell its respective Products on Amazon.com.

**54.** Defendant willfully, intentionally and unjustifiably induced Amazon to terminate each Plaintiff's expectancy of continued sales of the Products on Amazon.com by making false claims of patent infringement against the Plaintiff.

**55.** Each Plaintiff has suffered damages as a result of Defendant's wrongful conduct at least insofar as each Plaintiff has been prevented from selling products through Amazon.com, has lost sales, and its seller reputation has been damaged due to Defendant's tortious actions.

**WHEREFORE**, each Plaintiff prays that this Court enter an Order granting the following relief on the claims herein against Defendant:

**A.** A declaration that the claim of the '576 Patent is invalid;

**B.** A declaration that the '576 Patent is void and unenforceable;

**C.** Declaring that each Plaintiff is the prevailing party and that this is an exceptional case, awarding each Plaintiff its costs, expenses, and reasonable attorney's fees under 35 U.S.C. § 285;

COMPLAINT
25-cv-0288

MANN LAW GROUP PLLC
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA  98110
Phone:  206-436-0900

D. Awarding each Plaintiff damages for the injury it suffered due to Defendant's wrongful enforcement of the '576 Patent;

E. Permanently enjoining Defendant and all those acting in concert or participation with it from attempting to enforce the '576 Patent and/or contacting third-parties to remove Plaintiff's or third-parties' products as infringing the '576 Patent;

F. Awarding each Plaintiff its reasonable attorneys' fees and costs under WASH. REV. CODE § 9.86.090;

G. Awarding each Plaintiff such other and additional and equitable relief as the Court deems just and proper.

Dated February 13, 2025.

By: s/ *Philip P. Mann*
Philip P. Mann, WSBA No. 28860
**MANN LAW GROUP PLLC**
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA 98110
Telephone: (206) 436-0900
email: phil@mannlawgroup.com

Together with:
Adam E. Urbanczyk
adamu@au-llc.com
Brian Swift
(*Pro Hac Vice forthcoming*)
brians@au-llc.com
**AU LLC**
444 W Lake St Suite 1700
Chicago, IL 60606
Telephone: (312) 715-7312
***Counsel for Plaintiffs***

COMPLAINT
25-cv-0288

MANN LAW GROUP PLLC
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA 98110
Phone: 206-436-0900